# Form 4.
## List of Creditors Holding 20 Largest Unsecured Claims

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| William E Simon & Sons<br>Special Situation Partners<br>10990 Wilshire Blvd<br>Los Angeles, CA 90024 | John Klinge<br>310-996-8740<br>10990 Wilshire Blvd<br>Los Angeles, CA 90024 | Note Debt | | $4,740,357.05 |
| Starlume, Inc.<br>6 Petaluma Blvd. North, Suite B-5<br>Petaluma, CA 94952 | Kevin Knepper<br>707-775-4480<br>6 Petaluma Blvd. North, Suite B-5<br>Petaluma, CA 94952 | Trade | Disputed, Subject to setoff | $2,201,271.57 |
| Xanadu Candle International, LTD<br>Citco B.V.I. Limited Citco Building<br>P O Box 662<br>Road Town<br>Tortola, British Virgin Islands | Armando Araujo<br>Calzada Roosevelt 33-86, Zona 7<br>Niveles 10-11<br>Guatemala, C. A.<br>011 502-439-7050 | Trade | Subject to setoff | $653,775.52 |
| Arandell Corporation<br>Box 68-9513<br>Milwaukee, WI 53268-9513 | Jim Krause<br>1-800-558-8724<br>Box 68-9513<br>Milwaukee, WI 53268-9513 | Trade | | $600,860.69 |
| Libra Pacific Co.<br>Tasia International Co. LTD.<br>10F, No. 81, Chow Tze St.<br>Nei Hu, Taipei, Taiwan R.O.C. | Rosamond Liu<br>011 866 (2) 2656 6852<br>10F, No. 81, Chow Tze St.<br>Nei Hu, Taipei, Taiwan R.O.C. | Trade | Subject to setoff | $286,113.80 |
| Dan Trade, Inc.<br>77 North Oak Knoll Avenue<br>Suite 102<br>Pasadena, CA 91101 | Pearlie Jeffries<br>626-577-0414<br>77 North Oak Knoll Avenue<br>Suite 102<br>Pasadena, CA 91101 | Trade | Subject to setoff | $276,108.80 |
| Airborne Express<br>PO Box 91001<br>Seattle, WA 98111 | Noah Sange<br>650-246-8735 x6003<br>PO Box 91001<br>Seattle, WA 98111 | Trade | Subject to setoff | $275,037.71 |
| C.L. Gupta & Sons<br>Rampur Road<br>Moradabad-244001, India | Abhilash Gupta<br>India Merchandising Services<br>F-27, Sector-6<br>Nodia-201 301, India<br>91-120-242-2490 | Trade | Subject to setoff | $185,430.36 |

LA1:#6275001v3

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Specialised Creations<br>16 Mall Road, Kingsway<br>Delhi-110009 India | Abhilash Gupta<br>India Merchandising Services<br>F-27, Sector-6<br>Nodia-201 301, India<br>91-120-242-2490 | Trade | Subject to setoff | $175,781.60 |
| Winward International, Inc.<br>3089 Whipple Rd<br>Union City, CA 94587 | Cindy Huston<br>1-800-888-8898 x 5523<br>3089 Whipple Rd<br>Union City, CA 94587 | Trade | Subject to setoff | $169,191.49 |
| Vaishali Export House<br>Mandi Bans, Mahai Sarai<br>Moradabad-244001, India | Abhilash Gupta<br>India Merchandising Services<br>F-27, Sector-6<br>Nodia-201 301, India<br>91-120-242-2490 | Trade | Subject to setoff | $137,525.50 |
| Pinchal & Company<br>4400 Post Oak Parkway<br>Suite 2350<br>Houston, TX 77027 | Lisa Beckman<br>713-961-4488<br>4400 Post Oak Parkway<br>Suite 2350<br>Houston, TX 77027 | Trade | | $125,475.96 |
| IMC, Inc.<br>901 W. Victoria St. Unit F<br>Compton, CA 90220 USA | Mark Dobkin<br>415-479-3625<br>901 W. Victoria St. Unit F<br>Compton, CA 90220 USA | Trade | Subject to setoff | $124,795.56 |
| Cal Freight<br>PO Box 365<br>Ripon, CA 95366 | John Dixon<br>925-377-9107<br>PO Box 365<br>Ripon, CA 95366 | Trade | Subject to setoff | $122,358.89 |
| Deco Candles<br>CEPZ, Phase IV, Block 23<br>Rosario, Cavite<br>Philippines | Eric Savina<br>(046)971-20-44<br>CEPZ, Phase IV, Block 23<br>Rosario, Cavite<br>Philippines | Trade | Subject to setoff | $118,235.24 |
| ANS<br>Sanghvi House<br>8/9, 3rd Pasta Lane<br>Colaba, Mumbai 400 005, India | Abhilash Gupta<br>India Merchandising Services<br>F-27, Sector-6<br>Nodia-201 301, India<br>91-120-242-2490 | Trade | Subject to setoff | $115,517.10 |
| Salar Overseas<br>Ashrafi House<br>Moradabad 244001<br>India | Abhilash Gupta<br>India Merchandising Services<br>F-27, Sector-6<br>Nodia-201 301, India<br>91-120-242-2490 | Trade | Subject to setoff | $108,527.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Nodi Exports<br>Near Hotel Panchal<br>Delhi Road<br>Moradabad India 244001 | Abhilash Gupta<br>India Merchandising Services<br>F-27, Sector-6<br>Nodia-201 301, India<br>91-120-242-2490 | Trade | Subject to setoff | $105,824.50 |
| Unisource – Louisville<br>521 Industry Rd – Suite 300<br>Louisville, KY 40208 | Tony Druiry<br>1-800-570-4412 x8332<br>521 Industry Rd – Suite 300<br>Louisville, KY 40208 | Trade | Subject to setoff | $103,266.86 |
| Form & Pac<br>Unit 1, 7Fl, Pacific Trade Center<br>2 Kai Hing Road<br>Kowloon Bay, Hong Kong, China | Betty Chow<br>852-2-751-9308<br>Unit 1, 7Fl, Pacific Trade Center<br>2 Kai Hing Road<br>Kowloon Bay, Hong Kong, China | Trade | Subject to setoff | $99,840.84 |

## Declaration Under Penalty of Perjury
## on Behalf of a Corporation or Partnership

I, Blair Lambert, Chief Financial Officer of Illuminations.com, Inc., named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true to the best of my information and belief.

Dated: January 8, 2004

_____
Debtor