FILED
04 FEB -9 PM 4:25

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| | |
|---|---|
| In re Illuminations.com, Inc.<br><br>Debtor | Case No.: LA 04-10427-SB<br><br>BY_____ DEPUTY |

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | Yes | 1 | $ 0.00 | | |
| B – Personal Property | Yes | 16 | $ 51,814,648.00 | | |
| C – Property Claimed as Exempt | Yes | 1 | | | |
| D – Creditors Holding Secured Claims | Yes | 3 | | $ 12,752,918.19 | |
| E – Creditor Holding Unsecured Priority Claims | Yes | 46 | | $ 1,772,288.36 | |
| F – Creditors Holding Unsecured Nonpriority Claims | Yes | 40 | | $ 39,934,342.92 | |
| G – Executory Contracts and Unexpired Leases | Yes | 7 | | | |
| H – Codebtors | Yes | 1 | | | |
| I – Current Income of Individual Debtor(s) | Yes | 1 | | | $ Not Applicable |
| J – Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ Not Applicable |
| Total Number of Sheets of ALL Schedules ▶ | | 117 | | | |
| Total Assets ▶ | | | $ 51,814,648.00 | | |
| Total Liabilities ▶ | | | | $ 54,459,549.47 | |

99-109
CR3