| In re  Illuminations.com, Inc.<br><br>Debtor | Case No.:  LA 04-10427-SB |
|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of the filing of the petition.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| ACCOUNT NO.  16703<br>Fleet Retail Group, Inc.<br>40 Broad Street, 10th Floor<br>Boston, MA 02109 | | | | 4/5/2002<br>Revolving Credit Facility secured by all assets of the company<br>VALUE $ | | | | $ 0.00 | |
| ACCOUNT NO.<br>Madeleine LLC<br>Cerberus California<br>11812 San Vincente Blvd, Suite 300<br>Los Angeles, CA 90049 | | | | 4/5/2002<br>Revolving Credit Facility Purchased form Fleet<br>VALUE $ | | | | $5,750,000.00 | |
| ACCOUNT NO.<br>Madeleine LLC<br>Cerberus California<br>11812 San Vincente Blvd, Suite 300<br>Los Angeles, CA 90049 | | | | Secured Promissory note dated 1/2003<br>VALUE $ | | | | $6,881,411.34 | |
| ACCOUNT NO. | | | | VALUE $ | | | | | |

2___ Continuation sheets attached

Subtotal ▶ $12,631,411.34
(Total of this page)

Total ▶ $

(Report total also on Summary of Schedules)

102

| In re Illuminations.com, Inc. | Case No.: LA 04-10427-SB |
|---|---|
| Debtor | |

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY — H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN IM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4196828-001<br>GE Capital<br>P.O. Box 31001-0497<br>Pasadena CA 91110-0497 | | | May, 2003<br>Computer equipment lease secured by same equipment | | | | $98,133.44 | |
| ACCOUNT NO. 001-002060383-001<br>Dell Financial Services<br>99355 Collections Center Drive<br>Chicago, IL 60693 | | | Feb., 2001<br>Computer equipment lease secured by same equipment | | | | $8,682.80 | |
| ACCOUNT NO. 001-002060383-002<br>Dell Financial Services<br>99355 Collections Center Drive<br>Chicago, IL 60693 | | | April, 2001<br>Computer equipment lease secured by same equipment | | | | $7,575.26 | |
| ACCOUNT NO. 001-002060383-003<br>Dell Financial Services<br>99355 Collections Center Drive<br>Chicago, IL 60693 | | | April, 2001<br>Computer equipment lease secured by same equipment | | | | $1,962.03 | |
| ACCOUNT NO. 0113379<br>Greatamerica Leasing Corp.<br>8742 Innovation Way<br>Chicago, Il 60682-0087 | | | April, 2000<br>Color copier lease secured by copier | | | | $3,952.00 | |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims
(Repo

Subtotal ▶ (Total of this page)   $ 120,305.53

Total ▶ (Use only on last page of completed Schedule D)   $

| In re Illuminations.com, Inc.  Debtor | Case No.: LA 04-10427-SB |
|---|---|

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN IM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1100454  Greatamerica Leasing Corp.  8742 Innovation Way  Chicago, Il 60682-0087 | | | March, 2000  3 Sharp fax machines secured by machines | | | | $632.82 | |
| ACCOUNT NO 135555  Greatamerica Leasing Corp.  8742 Innovation Way  Chicago, Il 60682-0087 | | | December, 2000  Fax Machine secured by machine | | | | $565.50 | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Secured Claims
(Repo

Subtotal ▶ $ 1,201.32
(Total of this page)

Total ▶ $ 12,752,918.19
(Use only on last page of completed Schedule D)