Richard K. Diamond (Tr) [State Bar No. 070634]
jvidaurri@dgdk.com
2029 Century Park East, Third Floor
Los Angeles, CA 90067-2904
Telephone: (310) 201-2482
Facsimile: (310) 277-5735

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ILLUMINATIONS.COM, INC<br><br>              Debtor. | Case No. 2:04-bk-10427-PC<br>Chapter 7<br><br>**REPORT OF TRUSTEE UNDER RULE 3011** |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 1119 in the sum of $20,719.34 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: May 25, 2011

                                                                                 Richard K. Diamond (Tr)
                                                                                 Chapter 7 Trustee

## LISTING OF UNCASHED DIVIDEND PAYMENTS

CLASS OF CREDITOR BEING PAID:    Other Prior Chapter Administrative Claims

| CLAIM NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT OF DIVIDEND |
|---|---|---|
| 19 | POTOMAC MILLS OPERATING CO LLC<br>COURTENAY M LABSON, ESQ<br>1300 WILSON BLVD STE 400<br>ARLINGTON, VA 22209 | $4,485.89 |
| 39 | DANBURY MALL, LLC<br>C/O DANIELS AND GORMAN, ATTYS<br>1265 SCOTTSVILLE RD<br>ROCHESTER, NY 14624 | $5,938.99 |
| 42 | FREEMALL ASSOCIATES LLC<br>C/O DANIELS AND GORMAN, ATTYS<br>1265 SCOTTSVILLE RD<br>ROCHESTER, NY 14624 | $3,981.77 |
| 95 | TOWSON T C LLC<br>CITY HALL, RM 101<br>COLUMBIA, MD 21044 | $6,312.69 |
| | **TOTALS:** | $20,719.34 |

**CASE NUMBER:**    2:04-bk-10427-PC

**CASE NAME:**    ILLUMINATIONS.COM, INC

\* Total also includes employee taxes withheld.

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION

CHECK NUMBER: 1119

TURNOVER OF UNCASHED DIVIDENDS
PURSUANT TO LBR 3011

Richard K. Diamond, Trustee
2029 Century Park East
Third Floor
Los Angeles, CA  900672904

| DATE | AMOUNT |
|---|---|
| 05/24/11 | ******20,719.34 |

| CASE NUMBER | DEBTOR |
|---|---|
| 2:04-10427    PC | ILLUMINATIONS.COM, INC |

**PAY TO THE ORDER OF**

UNITED STATES BANKRUPTCY COURT
255 E. Temple Street
Los Angeles, Ca 90012

*Twenty Thousand Seven Hundred Nineteen Dollars And 34/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈001119⑈  ⑆111000012⑆  3758666434⑈

---

| Date: 05/24/11 | Check Number: 1119 | Amount: 20,719.34 |
|---|---|---|
| | Case Number: 2:04-10427    PC | |
| | Debtor Name: ILLUMINATIONS.COM, INC | |
| | Tax ID: 84-1337436 | |
| **Paid To:** UNITED STATES BANKRUPTCY COURT<br>255 E. Temple Street<br>Los Angeles, Ca 90012 | **Trustee:** Richard K. Diamond, Trustee<br>2029 Century Park East<br>Third Floor<br>Los Angeles, CA  900672904 | |
| Description:   TURNOVER OF UNCASHED DIVIDENDS   PURSUANT TO LBR 3011 | | |
| Bank Account Number:   3758666434 | | |